1291-14

# ELECTRONIC RECORD

COA # 04-14-00520-CR          OFFENSE: ASSAULT

STYLE: STEVEN MITCHELL GARY V. THE STATE OF TEXAS          COUNTY: BEXAR

COA DISPOSITION: DISMISSED FOR LACK OF JURISDICTION          TRIAL COURT: 175TH DISTRICT COURT

DATE: 08/13/14          Publish: NO     TC CASE #: 2014CR2945

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: STEVEN MITCHELL GARY V. THE STATE OF TEXAS          CCA #: 1291-14

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: JANUARY 28, 2015
JUDGE: Per Curiam

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____